## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SILVERIO AZAMAR, *et al.* | * | |
| | * | |
| ***On Behalf of Themselves and*** | * | |
| ***All Others Similarly Situated*** | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | Civil Action No.: **1:08-cv-01052** |
| | * | |
| STERN ENTERPRISES, INC., *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

*************************************************************************

## <u>NOTICE OF FILING</u>

Madam Clerk, please find Plaintiffs' written consents to participate in this lawsuit

attached hereto.  Plaintiffs' written consents are marked as Exhibit 1 on the Complaint but were

inadvertently left unattached to the Complaint when filed.  Please incorporate Plaintiffs' written

consents as if they were attached to the Complaint.

Respectfully submitted,


_____/s/_____
Philip B. Zipin, Bar No. 367362
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: pzipin@zipinlaw.com

*Counsel for Plaintiffs*