**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SILVERIO AZAMAR, *et al.* | * |
| | * |
| *On Behalf of Themselves and* | * |
| *All Others Similarly Situated* | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | *  Civil Action No.: **1:08-cv-01052** |
| | * |
| STERN ENTERPRISES, INC., *et al.* | * |
| | * |
| DEFENDANTS. | * |

*************************************************************************

## NOTICE OF FILING

Madam Clerk, please find Plaintiffs' written consents to participate in this lawsuit attached hereto. Plaintiffs' written consents are marked as Exhibit 1 on the Complaint but were inadvertently left unattached to the Complaint when filed. Please incorporate Plaintiffs' written consents as if they were attached to the Complaint.

                                                          Respectfully submitted,

                                                          _____/s/_____
                                                          Philip B. Zipin, Bar No. 367362
                                                          The Zipin Law Firm, LLC
                                                          8403 Colesville Road, Suite 610
                                                          Silver Spring, Maryland 20910
                                                          Phone: 301-587-9373
                                                          Fax: 301-587-9397
                                                          Email: pzipin@zipinlaw.com

                                                          *Counsel for Plaintiffs*

Overtime Pay Agreement
June 9, 2008
Page 4

---

I have read this Agreement and agree to its terms. I agree to be a plaintiff in a case under the Federal Fair Labor Standards Act.

_____         06-09-2008
Client Signature                                       Date

Silverio Azamar
Printed Name

_____         06-09-2008
Client Signature                                       Date

Hany Fco Ramos A.
Printed Name

_____         06-09-2008
Client Signature                                       Date

Rosa Mirian Mejia G.
Printed Name