**Bernstein & Bernstein**

P.O. Box 1727  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 1:08-CV-01052

Trial Date

| SILVERIO AZAMAR | VS. | LEON STERN OF STERN ENTERPRISES |
|---|---|---|
| Plaintiff(s) | | Defendant(s) |

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon LEON STERN

   Description:  Race M   Sex BLK   Hgt 5'9   Wgt 190lbs   Approx. Age 58

   On the 25th day of JUNE, 2008 @ 6104 IVYBRIDGE CT UPPER MARLBORO MD

By delivering and leaving with the person served a copy of each of the following:

- ☐ The writ of summons issued in the above case
- ☐ Statement of claims and all supporting papers
- ☒ Other _Jury Demand_

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court:  Should any additional information be needed please contact our office at the phone number listed above