**Bernstein & Bernstein**

P.O.Box 1727  Wheaton, MD  20902
301-593-8700

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 1:05-CV-01052

Trial Date

SILVERIO AZAMAR          VS.          H. GREGORY SKIDMORE
                                      (RESIDENT AGENT)
Plaintiff(s)                          Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon LEON STERN (president of company)

    Description:  Race M   Sex BLK   Hgt 5'9   Wgt 190lbs   Approx. Age 58

    On the 25th day of JUNE, 2008 @ 6104 IVYBRIDGE CT UPPER MARLBORO MD

By delivering and leaving with the person served a copy of each of the following:

- ☐ The writ of summons issued in the above case
- ☐ Statement of claims and all supporting papers
- ☒ Other  Jury Demand.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court:  Should any additional information be needed please contact our office at the phone number listed above