**Bernstein & Bernstein**

P.O.Box 1727 Wheaton, MD 20902
301-593-8700

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Case No. 1:08CV1052JDB

Trial Date

SILVERO AZAMAR ET AL                THE CLEANING INFANTRY INC.
                                     R/A LISA JACKSON
                     VS.
Plaintiff(s)                         Defendant(s)

The undersigned hereby certifies as follows:

1. That I am a competent private person over 18 years of age and not a party to the above action.
2. That I served upon LISA JACKSON   REGISTERED AGENT OF THE CLEANING IFNANTRY INC.

   Description:  Race BLK  Sex F  Hgt 5'4  Wgt 150lbs  Approx. Age 42

   On the 2nd day of AUGUST, 2008 @ 1:30pm At the address of: 8501 OSPREY CT FT WASHINGTON, MD 20747

By delivering and leaving with the person served a copy of each of the following:

- ☑ The writ of summons issued in the above case
- ☑ Statement of claims and all supporting papers
- ☐ Other

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Anthony Barnes

Notice to Court: Should any additional information be needed please contact our office at the phone number listed above