IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

SILVERIO AZAMAR, ET AL.

PLAINTIFFS,

v.

STERN ENTERPRISES, INC. ET AL.

DEFENDANTS

Civil Action No. 1:08-cv-01052-JDB

## DEFENDANT'S MOTION RULE ELEVEN

Rule eleven states that if someone files something and it is not true the defendants should receive money. The plaintiffs have filed a lawsuit against the defendants, and the defendants do not know nor have met many of the individuals listed in the complaint. They have never been employed by the defendant. The only plaintiff that has ever received payment from the defendant is Mr. Silverio Azamar. Mr. Silverio Azamar received payment from the defendant as a subcontractor, and Mr. Azamar was free to his whomever he chose, with the express knowledge that the work hours were from 12:30 am til 6:30 am. We were not able to work before then because the businesses were either still open or they had just closed and their employees had not vacated the premises.

Therefore, in this case I am requesting that they courts grant us a sanction against Mr. The Zipin Law Firm and Mr. Silverio Azamar et al, in the amount of $50,000.00 plus interests as well as punitive damages which the courts feel is appropriate.

Respectfully submitted

Leon C. Stern

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that o this 1st day of June 2009, a true and correct coy of the foregoing Defendant's Motion to Dismiss was served on:
The Zipin Law Firm, LLC
8403 Colesville Road, Suite 610
Silver Sprint, Maryland 20910

RECEIVED
JUN 0 2 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT