UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERIO AZAMAR, et al.,<br><br>　Plaintiffs,<br><br>　　v.<br><br>LEON STERN, et al.,<br><br>　Defendants. | Civil Action No.  08-1052 (JDB) |

### ORDER

Upon consideration of [68] plaintiffs' motion to strike the third-party complaint and counterclaims, and [69] defendant Stern's motion to vacate the entry of default, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [68] plaintiffs' motion to strike is **GRANTED**; it is further

**ORDERED** that should Stern seek to file a third-party complaint and /or seek leave to amend his answer by asserting counterclaims against plaintiffs, he must do so by not later than July 13, 2011; it is further

**ORDERED** that [69] Stern's motion to vacate the entry of default is **GRANTED**; it is further

**ORDERED** that plaintiffs shall file a memorandum in support of their assessment of fees and costs, including any evidence in support of an award by not later than July 27, 2011, and Stern's response, if any, shall be submitted by not later than August 26, 2011; and it is further

**ORDERED** that the Clerk of Court shall cause a copy of the accompanying Memorandum Opinion and this Order to be served by first-class U.S. mail on: (1) Ross D. Hecht, 14749 Main St., Suite 7, Upper Marlboro, MD 20772; and (2) Leon Stern, 6104 Ivyridge Court,

Upper Marlboro, MD 20772.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: June 9, 2011