### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERIO AZAMAR, *et al.* | * |
| | * |
| *On Behalf of Themselves and* | * |
| *All Others Similarly Situated* | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | *    Civil Action No.: **1:08-cv-01052** |
| | * |
| STERN ENTERPRISES, INC., *et al.* | * |
| | * |
| DEFENDANTS. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **STIPULATION OF DISMISSAL**

The Plaintiffs and Defendants in the above referenced matter have fully settled all causes of action alleged by Plaintiffs against Defendants.  Further, as an agreed component of the settlement between the parties, the parties regard all sanctions awards against Defendant Leon Stern (including, but not limited to payment of attorney's fees), waived, relinquished, and fully satisfied.  Moreover, Plaintiffs hereby withdraw all pending Motions for sanctions or attorney's fees.

WHEREFORE, Plaintiffs hereby request that this Honorable Court dismiss all causes alleged in this matter against Defendants Leon Stern and The Cleaning Infantry, Inc., **with prejudice.**

                                                          Respectfully submitted,

                                                     _____/s/_____
                                                     Gregg C. Greenberg, Bar No. MD17291
                                                     The Zipin Law Firm, LLC
                                                     8403 Colesville Road, Suite 610
                                                     Silver Spring, Maryland 20910
                                                     Phone: 301-587-9373 / Fax: 301-587-9397
                                                     Email:    ggreenberg@zipinlaw.com
                                                     *Counsel for Plaintiffs*