# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVERIO AZAMAR, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>LEON STERN, et al.,<br><br>　　　　Defendants. | Civil Action No.  08-1052 (JDB) |

## ORDER

On February 2, 2012, [101] a stipulation of dismissal was filed in this case.  Pursuant to the agreement of the parties, and based upon the representations made in the stipulation of dismissal, it is hereby

**ORDERED** that the status conference scheduled for February 8, 2012 is canceled; it is further

**ORDERED** that all pending motions for sanctions or attorneys' fees by plaintiffs have been voluntarily withdrawn and are dismissed; it is further

**ORDERED** that all sanctions awards against defendant Leon Stern, including the payment of attorneys' fees, have been waived, relinquished, and fully satisfied; and it is further

**ORDERED** that all claims against defendants Leon Stern and The Cleaning Infantry, Inc., are dismissed with prejudice.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   February 2, 2012